## MATTER OF COURPAS

### In Section 212(e) Proceedings

#### A-13975861-2

*Decided by District Director March 29, 1966*

Exchange visitor physicians (husband and wife), natives of the United Arab Republic, are granted waivers of the 2-year foreign residence requirement of section 212(e), Immigration and Nationality Act, as amended, because compliance therewith would result in exceptional hardship to their United States citizen child-whom they would be unable to properly support and care for if they returned to the United Arab Republic since they are persons of Greek descent and as such could anticipate economic discrimination if they endeavored to establish medical practices in that country; if they went to Greece, the country of citizenship of the male applicant, where neither applicant has ever resided, they would have difficulty in obtaining licenses to practice because of their inadequate knowledge of the language and the fact their entire education was obtained outside Greece.

The male applicant is a 30-year-old physician, a native of the United Arab Republic and a citizen of Greece. He was admitted to the United States on July 8, 1960, as an exchange visitor for a rotating internship sponsored by the Franklin Square Hospital, Baltimore, Maryland under Exchange Visitor Program No. P-II-708. He transferred to the Union Memorial Hospital, Baltimore, Maryland in July 1961 under Exchange Visitor Program No. P-II-672, where he completed his training in June 1965. He is employed as house physician at Bedford County Hospital, Bedford, Virginia at the present time.

The female applicant is a 31-year-old native and citizen of the United Arab Republic. She was admitted to the United States as an exchange visitor on July 24, 1959, for a residency sponsored by the Franklin Square Hospital, Baltimore, Maryland under Exchange Visitor Program No. P-II-708. In July 1961, she transferred to Union Memorial Hospital, Baltimore, Maryland under Exchange Visitor Program No. P-II-672. She completed her training at Johns Hopkins University Hospital, Baltimore, Maryland under

Exchange Visitor Program No. P–II–247. She has not been employed since June 1965.

The applicants were married at Baltimore, Maryland on July 27, 1963. A daughter, Eleanor, was born on December 21, 1964 in Baltimore, Maryland. They reside at 1246 Oakwood Street, Bedford, Virginia. If they returned to the United Arab Republic, they would be unable to find suitable employment in their fields because that country is predominantly Moslem and persons of Greek descent, such as they both are, have little or no opportunity to earn a satisfactory living. On the other hand, if they went to Greece, the country of his nationality, where neither applicant has ever resided, they would have difficulty in obtaining licenses to practice because of their inadequate knowledge of the Greek language and the fact that their entire education has been in schools outside of Greece.

The applicants have submitted evidence in support of their claim that racial prejudice against Greeks in the United Arab Republic has forced many thousands of Greeks to resettle in Greece. This prejudice extends to persons who are of Greek descent though United Arab Republic nationals. On December 16, 1965, the Department of State confirmed that economic discrimination could be anticipated if the applicants endeavored to establish medical practices in the United Arab Republic. The applicants would be unable, therefore, to properly support and care for their United States citizen child under these unfriendly and adverse circumstances.

In view of the foregoing, it has been determined that compliance with the 2-year foreign residence requirement of section 212(e) of the Immigration and Nationality Act, as amended, would impose exceptional hardship upon Dr. and Mrs. Courpas' United States citizen child. The Department of State has recommended that the waivers be granted.

ORDER: It is ordered that the recommendation of the Department of State be followed and that the waivers be granted.